UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1209

**Caption [use short title]**

**Motion for:** Leave to File Amicus Brief

Set forth below precise, complete statement of relief sought:

Leave to file amicus brief in support of Plaintiffs-Appellees under Federal Rule of Appellate Procedure 29(a)(3).

Gilead Cmty. Servs., Inc. v. Town of Cromwell

**MOVING PARTY:** Amicus, in support of Plaintiffs-Appellees
**OPPOSING PARTY:** Town of Cromwell, Defendant-Appellant

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** J.L. Pottenger, Jr.
**OPPOSING ATTORNEY:** Thomas R. Gerarde
[name of attorney, with firm, address, phone number and e-mail]

Jerome N. Frank Legal Services Organization
P.O. Box 209090, New Haven, CT 06520-9090
(203) 432-4800, j.pottenger@ylsclinics.org

Howd & Ludorf, LLC
65 Wethersfield Avenue, Hartford, CT 06114-1121
(860) 249-1361, tgerarde@hl-law.com

**Court- Judge/ Agency appealed from:** Hon. Victor A. Bolden, District Judge, U.S. District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ✔ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ✔ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ✔ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set? ☐ Yes ✔ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/J.L. Pottenger, Jr. **Date:** 12/20/2022 Service by: ✔ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 22-1209

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

Gilead Community Services, Inc.,
Connecticut Fair Housing Center, Inc.,
*Plaintiffs-Appellees*,

--- v.---

Town of Cromwell,
*Defendant-Appellant*

Enzo Faienza, Anthony Salvatore, and Jillian Massey
*Defendants*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**MOTION FOR LEAVE TO FILE BRIEF BY CITY OF MIDDLETOWN
AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES**

| | | |
|---|---|---|
| Brig Smith | Nathan Cummings | J.L. Pottenger, Jr. |
| GENERAL COUNSEL, | Rubin Danberg Biggs | Anika Singh Lemar |
| CITY OF MIDDLETOWN | Caroline Markowitz | *Supervising Attorneys* |
| 245 Dekoven Drive | Mira Netsky | |
| Middletown, CT 06457-3460 | *Student Attorneys* [*] | |
| (860) 638-4820 | | |

JEROME N. FRANK LEGAL SERVICES ORGANIZATION
YALE LAW SCHOOL [†]
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

*Attorneys for Amicus Curiae*

---

[*] Motion for Permission to Appear as Law Students forthcoming.
[†] For identification purposes only. This brief has been prepared in part by a clinic operated by Yale Law School, but does not purport to present the school's institutional views, if any.

The City of Middletown respectfully requests leave to file the attached brief as *amicus curiae* in support of Appellees Gilead Community Services, Inc. and Connecticut Fair Housing Center, Inc. pursuant to Fed R. App. P. 29(a)(3).

Middletown is a municipality that borders Appellant Town of Cromwell to the south. Middletown is also home to a vibrant and diverse community of people, including many valued members of our community who provide, and benefit from, supportive services for individuals with disabilities.

Middletown's brief seeks to aid in the Court's consideration of this case by bringing to light important perspectives on municipal decision-making processes in Connecticut. As a city in Connecticut, Middletown is very familiar with the state-mandated, extensive participation by municipal residents in local housing and land-use decisions. Middletown thus contends that when taxpayers pressure municipal officials to take actions that violate the Fair Housing Act, taxpayers should bear the cost.

Furthermore, this case addresses important legal questions of interest to Middletown. Middletown is proud to host supportive housing and group homes for persons with disabilities, but it and similar cities cannot meet these housing needs alone. Municipal violations of the Fair Housing Act unfairly strain the resources of inclusive cities like Middletown, which host a disproportionate amount of the state's supportive housing and group homes. Middletown therefore has a strong

1

interest in ensuring that fellow municipalities comply with fair housing laws designed to protect Connecticut's most vulnerable residents, and that municipalities are held accountable when they fail to do so.

These topics are not addressed by the parties or other *amici* in this case. Middletown is uniquely situated to discuss these issues, as it is a municipality located near Cromwell and is impacted by Cromwell's violation of the Fair Housing Act. Accordingly, the City of Middletown respectfully requests leave to file the attached brief.

| | |
|---|---|
| Dated: December 20, 2022<br>New Haven, Connecticut | Respectfully submitted,<br><br>s/ J.L. Pottenger, Jr.<br>J.L. POTTENGER, JR.<br>ANIKA SINGH LEMAR<br>*Supervising Attorneys*<br><br>NATHAN CUMMINGS<br>RUBIN DANBERG BIGGS<br>CAROLINE MARKOWITZ<br>MIRA NETSKY<br>*Student Attorneys* [*]<br><br>JEROME N. FRANK<br>LEGAL SERVICES ORGANIZATION<br>YALE LAW SCHOOL [†]<br>P.O. Box 209090<br>New Haven, CT 06520-9090<br>(203) 432-4800 |

---

[*] Motion for Permission to Appear as Law Students forthcoming.
[†] For identification purposes only. This Motion has been prepared in part by a clinic operated by Yale Law School, but does not purport to present the school's institutional views, if any.