

1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
202.728.1888
www.relmanlaw.com

May 8, 2023

<u>Via ECF</u>

Catherine O'Hagan Wolfe,
Clerk of Court
United States Court of Appeals
   for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Gilead Community Services, Inc. v. Cromwell 22-1209</u>

Dear Ms. O'Hagan Wolfe,

 This firm represents appellees Gilead Community Service, Inc. and Connecticut Fair Housing Center Inc. in the above-captioned appeal. Pursuant to Local Rule 34.1, we write to update the Court regarding changes to the availability of counsel since we filed a letter to the Court regarding Oral Argument availability dated January 26, 2023 (ECF No. 138).

 The undersigned is not available June 6 through September 13 as counsel will be on leave and be out of the country.

        Respectfully submitted,

        /s/ Tara Ramchandani

        Tara Ramchandani



1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
202.728.1888
www.relmanlaw.com

January 26, 2023

Via ECF

Catherine O'Hagan Wolfe,
Clerk of Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: Gilead Community Services, Inc. v. Cromwell 22-1209

Dear Ms. O'Hagan Wolfe,

    This firm represents appellees Gilead Community Service, Inc. and Connecticut Fair Housing Center Inc. in the above-captioned appeal. Pursuant to Local Rule 34.1, we write to update the Court regarding changes to the availability of counsel since we filed our oral argument statement dated December 15, 2022 (ECF No. 78).

    The undersigned is not available on February 14-15, February 20-28, March 13-16, and April 13-21.

                                    Respectfully submitted,

                                    /s/ Tara K. Ramchandani

                                    Tara K. Ramchandani

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF.
IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.

Short Title of Case: Gilead Community Services, Inc., et al. v. Town of Cromwell    Docket No.: 22-1209

Name of Party: Gilead Community Services, Inc. and Connecticut Fair Housing Center

Status of Party (e.g., appellant, cross-appellee, etc.): Appellee

Check one of the three options below:

[✓] I want oral argument.

[ ] I want oral argument only if at least one other party does.

[ ] I do not want oral argument.

An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Tara K. Ramchandani

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

February 14-15, 2023; February 20-28, 2023

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

Filed by:

Print Name: Tara K. Ramchandani    Date: 12/14/2022

Signature: /s/ Tara K. Ramchandani

(Revised December 2011)