# HOWD & LUDORF, LLC

ATTORNEYS AT LAW
*Serving Southern New England since 1979*

| | | |
|---|---|---|
| PHILIP T. NEWBURY, JR.*† | **100 GREAT MEADOW ROAD, SUITE 201** | ADAM J. DIFULVIO |
| THOMAS R. GERARDE | **WETHERSFIELD, CT 06109** | *KRISTAN M. JAKIELA |
| MARK J. CLAFLIN*† | **(860) 249-1361** | ERIC E. GERARDE |
| CHRISTOPHER M. VOSSLER◊* | **(860) 249-7665 (Fax)** | ASHLEY L. HOYT |
| WILLIAM F. CORRIGAN | www.hl-law.com | TYLER J. CARROLL |
| DAVID S. MONASTERSKY* | | ROBERT W. TAYLOR, II |
| PAUL ERICKSON*^ | 40 WASHINGTON STREET | AMANDA STONE |
| KATHERINE E. RULE* | SUITE 220 | HANNAH GUZZO |
| JONI KATZ MACKLER• | WELLESLEY, MA 02481 | NICHOLAS A. LOVELAND |
| ALAN R. DEMBICZAK | (781) 235-5594 | JULIA E. LAMBERT |
| RACHEL M. BRADFORD | (781) 235-5596 (Fax) | |
| KARESS A. CANNON | | |
| JEFFREY A. NOVINS** | 10 DORRANCE STREET, SUITE 700 | **OF COUNSEL, ADMITTED |
| | PROVIDENCE, RI 02903 | IN MA AND NY ONLY |
| | (401) 519-3810 | *ALSO ADMITTED IN MA |
| | (781) 235-5596 (Fax) | †ALSO ADMITTED IN RI |
| | | ◊ALSO ADMITTED IN NY |
| | **Reply to Wethersfield Office** | ^ALSO ADMITTED IN IL |
| | tgerarde@hl-law.com | •ADMITTED IN MA ONLY |

October 2, 2023

**<u>VIA CMECF</u>**
United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Gilead Community Services, Inc., et al v. Town of Cromwell, et al</u>
        Second Circuit Case No.: 22-1209

Dear Sir or Madam:

  The undersigned counsel for the Appellant, Town of Cromwell, will be on a previously planned family vacation beginning on December 18, 2023 through and including January 2, 2024, and thus, is unavailable for oral argument during that period.

**HOWD & LUDORF, LLC**

Page 2
October 2, 2023
Letter to United States Court of Appeals for the Second Circuit
Re:     <u>Gilead Community Services, Inc., et al v. Town of Cromwell, et al</u>

        Respectfully Submitted,
        DEFENDANT/APPELLANT,
        TOWN OF CROMWELL


By /s/ Thomas R. Gerarde
    Thomas R. Gerarde
    ct05640
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT 06110
    Phone: (860) 249-1361
    Fax: (860) 249-7665
    tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on October 2, 2023, a copy of the foregoing Letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


        /s/ Thomas R. Gerarde
    Thomas R. Gerarde