**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 29, 2024
Docket #: 22-1209cv
Short Title: Gilead Community Services, Inc. v. Cromwell

DC Docket #: 17-cv-627
DC Court: CT (NEW HAVEN)
DC Judge: Spector
DC Judge: Bolden

**NOTICE OF DEFECTIVE FILING**

On January 26, 2024, the AMICUS BRIEF, on behalf of Amicus Curiae City of Middletown, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
　　　_____ Missing proof of service
　　　_____ Served to an incorrect address
　　　_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
　for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
　**\_\_\_X\_\_\_ Incorrect caption *(FRAP 32)*- The caption must follow this Court's caption as it appears on the Docket Report. See below for caption.**
　　　_____ Wrong color cover *(FRAP 32)*
　　　_____ Docket number font too small *(Local Rule 32.1)*
**\_\_\_X\_\_\_ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*- Thumbnail and PDF document pagination must match.**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing

_____ Incorrect Filing Event

\_\_\_**X**\_\_\_ **Other: Please use the same filing event when re-filing. Do not use any "corrected" filing events. If paper copies have been provided, six new green covers with the correct caption are required.**

---

**Gilead Community Services, Inc., Connecticut Fair Housing Center, Inc.,**

> **Plaintiffs - Appellees,**

**v.**

**Town of Cromwell,**

> **Defendant - Appellant,**

**Enzo Faienza, individually and in his official capacity as Mayor of the Town of Cromwell, Anthony Salvatore, individually and in his offical capacity as Town Manager of the Town of Cromwell, Jillian Massey, in her official capacity as the Zoning Enforcement Officer of the Town of Cromwell,**

> **Defendants.**

---

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than January 31, 2024**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.